UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GRADY HARRIS, | ) | Case No. 06-CV-1747-DMS (JMA) |
| | ) | |
| Petitioner, | ) | **REPORT AND RECOMMENDATION BY** |
| | ) | **UNITED STATES MAGISTRATE JUDGE** |
| v. | ) | **ON PETITIONER'S MOTION FOR** |
| | ) | **STAY OF PETITION PENDING** |
| R.K. WONG, Warden | ) | **RESOLUTION OF SECOND APPEAL IN** |
| | ) | **CALIFORNIA APPELLATE COURT** |
| Respondent. | ) | **[DOC. NO. 13]** |
| | ) | |

On August 28, 2006, Petitioner filed a Petition for Writ of Habeas Corpus setting forth five (5) claims for relief. (Doc. No. 1.) On December 11, 2006, Petitioner filed a motion for stay and abeyance styled "Petitioner's Motion for Stay of Petition Pending Resolution of Second Appeal in California Appellate Court." (Doc. No. 13.) The motion for stay sought an order staying the Petition in this Court while Petitioner exhausted state remedies as to an additional claim: that he is entitled to be re-sentenced because four of the five aggravating factors the trial court relied on to impose the upper term were improper

under Blakely v. Washington, 542 U.S. 296 (2004).[1]  Respondent filed an Opposition to Petitioner's motion for stay on January 26, 2007 (Doc. No. 15), and Petitioner filed a Reply on February 20, 2007 in which he now states "this claim was briefed on appeal and exhausted in the California Supreme Court."  (Doc. No. 16.)

In addition, on February 12, 2007, Petitioner filed "Petitioner's Request for Leave to Add Claim Six in an Amended Petition [etc.]."  (Doc. No. 18.)  The Request states "[t]he new claim, which was adjudicated by the state's highest court, is now brought in light of the United States Supreme Court's decision in Cunningham v. California [___ U.S. ___, 127 S.Ct. 856 (2007)].[2] It now appears to the Court that: (1) Petitioner has exhausted available state remedies regarding the additional, or sixth, claim;[3] (2) Petitioner's motion for stay is moot; and (3) Petitioner is entitled to receive leave to file an Amended Petition adding the newly exhausted claim.

Accordingly, the undersigned magistrate judge hereby recommends that Petitioner's "Motion for Stay of Petition Pending Resolution of Second Appeal in California Appellate Court" be

---

[1] The Supreme Court held in Blakely that the Washington state trial court's sentencing of defendant to more than three years above the 53-month statutory maximum of the standard range for his offense, on the basis of the sentencing judge's finding that defendant acted with deliberate cruelty, violated defendant's Sixth Amendment right to trial by jury.

[2] The Supreme Court held in Cunningham that California's determinate sentencing law, which authorized a judge, not a jury, to find facts exposing a defendant to an elevated upper term sentence, violated defendant's right to trial by jury.

[3] In the interest of judicial economy, the Court hereby informs Respondent that it finds Petitioner's sentencing claim under Blakely to be sufficiently similar to the newly asserted sentencing claim under Cunningham that Petitioner has exhausted his available state court remedies as to both claims.

1 | **DENIED AS MOOT** and that, after the Court's final adjudication of
2 | this Report and Recommendation, Petitioner be granted leave to
3 | file an Amended Petition adding the newly exhausted claim.
4 |     This Report and Recommendation is submitted to the Honorable
5 | Dana M. Sabraw, United States District Judge assigned to this
6 | case, pursuant to the provisions of 28 U.S.C. § 636(b)(1).
7 |     **IT IS ORDERED** that no later than **April 16, 2007**, any party
8 | may file written objections with the Court and serve a copy on
9 | all parties.  The document should be captioned "Objections to
10 | Report and Recommendation."
11 |     **IT IS FURTHER ORDERED** that any reply to the objections shall
12 | be served and filed no later than **April 30, 2007**.  The parties
13 | are advised that failure to file objections within the specified
14 | time may waive the right to raise those objections on appeal of
15 | the Court's order.  See Turner v. Duncan, 158 F.3d 449, 455 (9th
16 | Cir. 1998); Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
17 |     **IT IS SO ORDERED.**
18 | DATED:  March 14, 2007

Jan M. Adler
U.S. Magistrate Judge