UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRADY HARRIS,<br><br>    Petitioner,<br><br>v.<br><br>R.K. WONG, Warden,<br><br>    Respondent. | Case No.   06cv1747 JLS (JMA)<br><br>**ORDER RE EXTRAORDINARY EXPENSES** |

**GOOD CAUSE APPEARING, THE COURT HEREBY ORDERS** that extraordinary expenses not to exceed $4,950.00 (18 hours at a rate of $275.00 per hour) be authorized for payment to Dr. Bruce Yanofsky for services to be rendered in the above-captioned case, upon submission of a properly documented CJA-21 Voucher for Expert Services.

Also, airfare, travel and per diem expenses for attorney Kurt David Hermansen and Dr. Bruce Yanofsky are hereby authorized for the purpose of evaluating Petitioner Grady Harris at Salinas Valley State Prison.

Pursuant to Section 702 of the Federal Courts Administration Act of 1992, Public Law 102-572, 106 Stat. 4506, attorney Hermansen and Dr. Yanofsky are hereby authorized to obtain federal government travel and hotel rates for the purpose of evaluating Petitioner Harris at the Salinas Valley State Prison given that attorney Hermansen has been appointed under the Criminal Justice Act.

1       Attorney Hermansen is authorized to contact Omega World Travel (Omega) at 1-866-450-0401 to obtain airline tickets for himself and Dr. Yanofsky.

3       When Attorney Hermansen calls Omega, Omega will obtain an authorization number(s) by calling the CJA desk at **(619) 557-5736**, so that Omega can charge the tickets to the United States District Court for the Southern District of California' account.

6       Attorney Hermansen may instruct Omega where to deliver the tickets. The tickets are fully refundable and if unused must be returned to Omega.

8       Attorney Hermansen and Dr. Yanofsky will travel during February 2008 (probably, February 5-6, 2008). They may fly round trip between Monterey and San Diego, California. From Monterey, they may rent a car to drive to and from Salinas Valley State Prison. They may stay one night (probably February 5, 2008) at the Hilton Garden Inn Monterey (at that hotel's government rate of $125.00 per room). They will be reimbursed for meals for two days.

13       A copy of this order authorizing travel, as well as a copy of the airline tickets provided by Omega, should be attached to the CJA vouchers for audit purposes.

15 **IT IS SO ORDERED.**

16 DATED: January 11, 2008

                                              Jan M. Adler
                                              U.S. Magistrate Judge